UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT ALEXANDER MORGAN, | ) | No. ED CV 08-00185-DOC (VBK) |
| Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND |
| v. | ) ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| KEN CLARK, | ) ) | DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Reply, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: June 1, 2009

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE